# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00517-CR

**Quaylin Running James Harmon, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 21-0999-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Quaylin Running James Harmon, who has not been finally sentenced, seeks to appeal the trial court's order denying his pretrial motion to suppress evidence. In Texas, courts of appeals do not have jurisdiction to review interlocutory orders in criminal cases unless that jurisdiction has been expressly granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). No such grant exists for a defendant's direct appeal of an interlocutory order denying a pretrial motion to suppress. *See Dahlem v. State*, 322 S.W.3d 685, 690-91 (Tex. App.—Fort Worth 2010, pet. ref'd) (noting that pretrial order on motion to suppress is interlocutory and not appealable by defendant); *see also Foeller v. State*, No. 03-16-00616-CR, 2017 Tex. App. LEXIS 538, at *1 (Tex. App.—Austin Jan. 24, 2017, no pet. ) (mem. op., not designated for publication) (dismissing for want of jurisdiction defendant's appeal of denial of motion to suppress). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____
Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed:   October 28, 2022

Do Not Publish